**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TUNNEL IP LLC,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**SAMSON TECHNOLOGIES CORP.,**<br><br>　　　　　Defendant. | Civil Action No.: 2:21-cv-02432-ENV-JMW<br><br>**TRIAL BY JURY DEMANDED** |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Now comes Plaintiff Tunnel IP LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant Samson Technologies Corp. in the within action, WITH PREJUDICE. Samson Technologies Corp. has not served an answer or a motion for summary judgment.

Dated: July 8, 2021

Nicholas Loaknauth
Law Office of Nicholas Loaknauth, P.C.
1460 Broadway
New York, New York 10036
Telephone: (212) 641-0745
Facsimile: (718) 301-1247
Email: nick@loaknauthlaw.com

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard L. Wernow *(Pro hac vice)*
Sand, Sebolt & Wernow Co., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
howard.wernow@sswip.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 8, 2021, to all counsel of record who is deemed to have consented to electronic service via the Court's CM/ECF system.

／s／ *Howard L. Wernow*
Howard L. Wernow